**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

WAYNE MAJOR,

    Plaintiff,

v.                                                                               CASE NO. 2:11-CV-00122-FtM-36SPC

WHOLESALE SOLAR SUPPLY, INC., d/b/a
AQUATHERM POOL HEATING SUPPLY, a
Florida profit corporation, EDWARD HALL,
individually, and R. REED WILSON, individually

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on July 19, 2011. (Doc. 21). In the Report and Recommendation, Judge Chappell recommends that the Court grant in part and deny in part Plaintiff's Motion to Strike Defendant's Answer to Amended Complaint and Affirmative Defenses (Doc. 18), filed on June 30, 2011. Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

In accord with the Magistrate Judge's Report and Recommendation, the Court finds the Motion to Strike the First Affirmative Defense should be denied because the defense is sufficient as a matter of law. Moreover, the Court finds the Motion to Strike the Fourth, Seventh, and Eighth Affirmative defenses should be granted because each defense is either legally insufficient or does not actually constitute an affirmative defense. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of

the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Strike Defendant's Answer to Amended Complaint and Affirmative Defenses (Doc. 18) is **GRANTED** in part and **DENIED** in part: (1) Plaintiff's Motion to Strike Defendant's First Affirmative Defense is **DENIED**; (2) Plaintiff's Motion to Strike Defendant's Fourth Affirmative Defense is **GRANTED**; (3) Plaintiff's Motion to Strike Defendant's Seventh Affirmative Defense is **GRANTED**; and (4) Plaintiff's Motion to Strike Defendant's Eighth Affirmative Defense is **GRANTED**.

3. Defendant R. Reed Wilson's Fourth, Seventh and Eighth Affirmative Defenses are hereby stricken.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 8, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD