**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

WAYNE MAJOR,

      Plaintiff,

v.                             CASE NO. 2:11-CV-00122-FtM-36SPC

WHOLESALE SOLAR SUPPLY, INC., d/b/a
AQUATHERM POOL HEATING SUPPLY, a
Florida profit corporation, EDWARD HALL,
individually, and R. REED WILSON, individually

      Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Amended Report and Recommendation filed by Magistrate Judge Sheri Polster Chappell, on December 6, 2011 (Doc. 36). In the Report and Recommendation, Judge Chappell recommends that the Court approve the Amended Third Joint Motion for Approval of FLSA Settlement, filed on December 5, 2011 (Doc. 33). Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 36) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Amended Third Joint Motion for Approval of FLSA Settlement (Doc. 33) is **GRANTED**. The Settlement Agreement (Doc. 33, Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 27, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD